IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRACY L. COLLIER,
    Plaintiff,

vs.                                                  Case No.:  5:15cv19/RV/EMT

FRANK MCKEITHEN, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 30, 2015 (doc. 14). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's notice of voluntary dismissal (doc. 12) is **GRANTED** and this case is **DISMISSED without prejudice**.

3. Plaintiff's "Motion for Waiver or Dismiss [sic] Filing Fee" (doc. 13) is **DENIED**.

**DONE AND ORDERED** this 29th day of May 2015.

                                                       /s/ Roger Vinson
                                                       **ROGER VINSON**
                                                       **SENIOR UNITED STATES DISTRICT JUDGE**